UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACK STONE,

          Plaintiff,

     v.

POPOUT INC., et al.,

          Defendants.

Case No. 21-cv-02090-JD

**ORDER ADOPTING REPORT AND RECOMMENDATION, AND DISMISSING CASE**

Re: Dkt. No. 11

This is a breach of contract and tort action filed by pro se plaintiff Jack Stone for "surfboard and relevant accessories" that were shipped to Stone's residence in Japan. Dkt. No. 1 ¶ 1. Stone alleges that the "items were badly damaged" and the "surfboard was destroyed." *Id*. ¶¶ 9, 11.

Magistrate Judge Donna M. Ryu previously issued an order to show cause directing Stone to "show cause in writing why this matter should not be dismissed for lack of subject matter jurisdiction." Dkt. No. 10 at 3. Magistrate Judge Ryu noted that it was not clear from Stone's allegations whether the parties are diverse, and she also noted that the "complaint contains no allegations supporting Plaintiff's claim that the amount in controversy is actually $75,000.01." *Id*. at 2-3. Stone was expressly advised that if he did not file a timely response to the order to show cause, Magistrate Judge Ryu would recommend that the action be dismissed. *Id*. at 3-4.

Stone did not file a response to the order to show cause, and Magistrate Judge Ryu has filed a report recommending that the action be dismissed without prejudice for failure to prosecute. Dkt. No. 11. Stone has not filed any response to the report and recommendation either, and the time for responding has passed. *Id*. at 1; Fed. R. Civ. P. 72(a).

"It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution." *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) (citation omitted). After

United States District Court
Northern District of California

considering the Court's "need to manage its docket, the public interest in expeditious resolution of litigation, and the risk of prejudice to the defendants against the policy favoring disposition of cases on their merits, and the availability of less drastic sanctions," *id*., the Court concludes that dismissal is appropriate.

Consequently, the recommendation is adopted, and the case is dismissed with prejudice under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated:  October 6, 2021

JAMES DONATO
United States District Judge

United States District Court
Northern District of California

2